UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM D. WILKS, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL PAYMENT CHECK SERVICES, INC., <br><br> Defendant. | Case No. 1:21-cv-00723 <br><br> Honorable Robert W. Gettleman |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW COMES** William D. Wilks ("Plaintiff"), through the undersigned counsel, and in support of his Notice of Voluntary Dismissal Without Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this action is voluntarily dismissed without prejudice against the Defendant, Global Payment Check Services, Inc., with both parties to bear their own attorney's fees and costs. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: June 14, 2021

Respectfully submitted,

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

 */s/ Mohammed O. Badwan*
 Mohammed O. Badwan, Esq.